WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                       :
                                                            :    **Chapter 11**
**FAIRWAY GROUP HOLDINGS**                                  :
**CORP.**, *et al.*,                                        :    Case No. 20-10161 (JLG)
                                                            :
         Debtors.[1]                                        :    (Joint Administration Pending)
------------------------------------------------------------x

### NOTICE OF COMMENCEMENT OF
### CHAPTER 11 CASES AND AGENDA FOR FIRST DAY HEARING

**PLEASE TAKE NOTICE** that on January 23, 2020 (the "**Commencement Date**"), Fairway Group Holdings Corp. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that hearing (the "**First Day Hearing**") **has been scheduled for January 27, 2020 at 2:00 p.m. (Eastern Time)** before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, United States Bankruptcy Court for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Fairway Group Holdings Corp. (2788); Fairway Group Acquisition Company (2860); Fairway Bakery LLC (4129); Fairway Broadway LLC (8591); Fairway Chelsea LLC (0288); Fairway Construction Group, LLC (2741); Fairway Douglaston LLC (2650); Fairway East 86th Street LLC (3822); Fairway eCommerce LLC (3081); Fairway Georgetowne LLC (9609); Fairway Greenwich Street LLC (6422); Fairway Group Central Services LLC (7843); Fairway Group Plainview LLC (8643); Fairway Hudson Yards LLC (9331); Fairway Kips Bay LLC (0791); FN Store LLC (9240); Fairway Paramus LLC (3338); Fairway Pelham LLC (3119); Fairway Pelham Wines & Spirits LLC (3141); Fairway Red Hook LLC (8813); Fairway Stamford LLC (0738); Fairway Stamford Wines & Spirits LLC (3021); Fairway Staten Island LLC (1732); Fairway Uptown LLC (8719); Fairway Westbury LLC (6240); and Fairway Woodland Park LLC (9544). The location of the Debtors' corporate headquarters is 2284 12th Avenue, New York, New York 10027. Fairway Community Foundation Inc., a charitable organization, owned by Fairway Group Holdings Corp., is not a debtor in these proceedings.

the Southern District of New York, One Bowling Green, Room 601, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that an agenda with respect to the First Day Hearing is set forth below. Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at One Bowling Green, New York, New York 10004, or (iii) from the Debtors' proposed notice and claims agent, Omni Agent Solutions ("**Omni**"), at www.omniagentsolutions.com/fairway or by calling (866) 662-2295 (toll free) for U.S.-based parties; or (818) 906-8300 for International parties or by e-mail at Fairway@omniagnt.com. Note that a PACER password is needed to access documents on the Court's website.

### AGENDA FOR JANUARY 27, 2020 AT 2:00 P.M. HEARING

**I.   Introduction**:

Introduction –Weil, Gotshal & Manges LLP

**II.   Motions and Related Pleadings to Be Heard:**

1. Motion of Debtors for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases **[ECF No. 3]**

2. Motion of Debtors for Entry of Order (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (B) Implement Changes to Cash Management System in the Ordinary Course of Business, and (C) Continue Intercompany Transactions; (II) Confirming Administrative Expense Priority for Postpetition Intercompany Claims; and (III) Granting Related Relief **[ECF No. 8]**

3. Motion of Debtors for (I) Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Liens and Provide Superpriority Administrative Expense Status, (D) Grant Adequate Protection, (E) Modify the Automatic Stay, and (F) Schedule a Final Hearing and (II) Related Relief **[ECF No. 20]**

4. Motion of Debtors for Authority to (I) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (II) Pay and Honor Employee Medical and Other Benefits, (III) Continue Employee Benefits Programs, and (IV) Related Relief **[ECF No. 13]**

5. Motion of Debtors for (I) Authority to Pay Certain Prepetition Obligations to Critical Vendors; (II) Approval of Related Procedures; and (III) Related Relief **[ECF No. 17]**

6. Motion of Debtors for (I) Authority to (A) Maintain Certain Trust Fund Programs, (B) Release Certain Funds Held in Trust, (C) Continue to Perform and Honor Related Obligations and (II) Related Relief **[ECF No. 14]**

7. Motion of Debtors for Authority to (I) Pay Prepetition Claims of Shippers and Miscellaneous Lien Claimants, (II) Confirm Administrative Expense Priority of Undisputed Commencement Date Orders and Satisfy Such Obligations in the Ordinary Course of Business, and (III) Pay PACA/PASA Claims **[ECF No. 11]**

8. Motion of Debtors for (I) Authorization to (A) Continue to Maintain their Insurance Policies and Programs and Surety Bond Program and (B) Honor all Obligations with Respect Thereto; (II) Modification of the Automatic Stay with Respect to the Workers Compensation Program; and (III) Related Relief **[ECF No. 16]**

9. Motion of Debtors for Authorization to Pay Certain Prepetition Taxes and Fees **[ECF No. 12]**

10. Motion of Debtors for Entry of an Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors **[ECF No. 22]**

11. Motion of Debtors for Authority to (I) Maintain and Administer Prepetition Customer Programs, Promotions and Practices and (II) Pay and Honor Related Prepetition Obligations **[ECF No. 10]**

12. Motion of Debtors for Entry of an Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and (B) Statements of Financial Affairs; (II) Authorizing Debtors to (A) File a Consolidated List of Creditors (B) File a Consolidated List of Debtors' 40 Largest Unsecured Claims, (III) Redact Certain Personal Identification Information for Individual Creditors and Interest Holders, and (IV) Approving Form and Manner of Notifying Creditors of Commencement of These Chapter 11 Cases **[ECF No. 6]**

13. Application of Debtors Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 503(b)(1)(A), and Local Rule 5075-1 for Authority to Retain and Employ Omni Agent Solutions as Claims and Noticing Agent Nunc Pro Tunc to the Commencement Date **[ECF No. 15]**

III. **Motions to be Noticed**:

14. Motion of Debtors Requesting Entry of an Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services; and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service **[ECF No. 18]**

15. Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sales of Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Authorizing Designation of Additional Stalking Horse Bidders, (D) Scheduling Auctions for and Hearings to Approve Sales of Debtors' Assets, (E) Approving

            Form and Manner of Notice of Sales, Auctions, and Sale Hearings, (F) Approving Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment, and (G) Granting Related Relief; and (II)(A) Authorizing Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief **[ECF No. 21]**

16. Motion of Debtors for Entry of an Order Implementing Certain Notice and Case Management Procedures **[ECF No. 9]**

**IV.    Related Pleadings:**

17. Declaration of Abel Porter Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern District of New York **[ECF No. 25]**

18. Declaration of Michael Nowlan Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern District of New York **[ECF No. 5]**

19. Debtors' Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1 and Local Rule 1007-3 **[ECF No. 2]**

Dated: January 23, 2020
      New York, New York

                                      /s/ Sunny Singh
                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007
                                      Ray C. Schrock, P.C.
                                      Sunny Singh

                                      *Proposed Attorneys for Debtors*
                                      *and Debtors in Possession*