```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :
                                                   :       Chapter 11
FAIRWAY GROUP HOLDINGS CORP., et al., :
                                                   :       Case No. 20-10161 (JLG)
                                                   :
                Debtor.                            :
------------------------------------------------------------x
```

# APPOINTMENT OF
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of FAIRWAY GROUP HOLDINGS CORP., *et al.*, debtors-in-possession:

1. CBA Industries, Inc.
   669 River Drive
   Elmwood Park, New Jersey 07407
   Attn: Carl P. Casazza, Vice President- Finance
   Telephone: 201-414-5200
   Facsimile: 201-414-5203

2. DHH Company LLC and 2828 on Twelfth, LLC
   69 Eagle Chase
   Woodbury, New York 11797
   Attn: Howard Glickberg
   Telephone: 917-709-3492
   Telephone: 914-403-7358

3. U.F.C.W. Local 1500 Pension Fund
   425 Merrick Avenue
   Westbury, New York 11590
   Attn: Anthony Speelman
   Telephone: 516-214-1347
   Facsimile: 516-214-1313

4. United Natural Foods, Inc.
   313 Iron Horse Way
   Providence, Rhode Island 02908
   Attn: Nicholas I. Leitzes, Esq., Assistant General Counsel of UNFI
   Telephone: 401-524-8634 ext. 32315
   Facsimile: 866-284-2288

5. UFCW Local 1500
   425 Merrick Avenue
   Westbury, New York 11590
   Attn: Robert W. Newell
   Telephone: 516-214-1301
   Facsimile: 516-732-6356

6. Maplebear Inc.
   50 Beale Street, Suite 600
   San Francisco, California 94105
   Attn: Hyun Jee Son
   Telephone: 650-549-7334
   Facsimile: 415-937-6406

7. 7 Yale & Towne LLC
   1 Elmcroft Road
   Stamford, Connecticut
   Attn: Edward Ferrarone
   Telephone: 203-644-1584

Dated: New York, New York
       February 4, 2020

                WILLIAM R. HARRINGTON
                UNITED STATES TRUSTEE
                Region 2

By:    */s/Greg Zipes*
       Greg Zipes
       Trial Attorney
       U.S. Federal Office Building
       201 Varick Street, Room 1006
       New York, New York 10014
       Telephone: (212) 510-0500