**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| **In re** | : | **Chapter 11** |
| | : | |
| **FAIRWAY GROUP HOLDINGS CORP.**, *et al.*, | : | **Case No. 20-10161 (JLG)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |
| | : | **(ECF No. 267)** |

----------------------------------------------------------------x

## NOTICE OF INTENT TO CONDUCT STORE CLOSING SALES

**PLEASE TAKE NOTICE THAT:**

1.  On January 23, 2020, Fairway Group Holdings Corp. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (each a "**Debtor**", collectively, the "**Debtors**"), each commenced with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") a voluntary case under chapter 11 of title 11 of the United States Code.

2.  On March 5, 2020, the Bankruptcy Court entered an order (ECF No. 267) (the "**Store Closing Order**")[2] approving certain procedures (the "**Store Closing Procedures**") that may be used by the Debtors to sell or transfer the furniture, fixtures, and equipment, surplus, obsolete, non-core, or burdensome assets, inventory and any other assets in the Closing Stores (together, the "**Store Closing Sales**"). An electronic copy of the Store Closing Order can be found at: https://omniagentsolutions.com/fairway.

3.  Pursuant to the Store Closing Order, the Debtors may conduct Store Closing Sales pursuant to the Store Closing Procedures without further order of the Bankruptcy Court by filing and serving by email or overnight mail on the Notice Parties with this notice of intent (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Fairway Group Holdings Corp. (2788); Fairway Group Acquisition Company (2860); Fairway Bakery LLC (4129); Fairway Broadway LLC (8591); Fairway Chelsea LLC (0288); Fairway Construction Group, LLC (2741); Fairway Douglaston LLC (2650); Fairway East 86th Street LLC (3822); Fairway eCommerce LLC (3081); Fairway Georgetowne LLC (9609); Fairway Greenwich Street LLC (6422); Fairway Group Central Services LLC (7843); Fairway Group Plainview LLC (8643); Fairway Hudson Yards LLC (9331); Fairway Kips Bay LLC (0791); FN Store LLC (9240); Fairway Paramus LLC (3338); Fairway Pelham LLC (3119); Fairway Pelham Wines & Spirits LLC (3141); Fairway Red Hook LLC (8813); Fairway Stamford LLC (0738); Fairway Stamford Wines & Spirits LLC (3021); Fairway Staten Island LLC (1732); Fairway Uptown LLC (8719); Fairway Westbury LLC (6240); and Fairway Woodland Park LLC (9544). The location of the Debtors' corporate headquarters is 2284 12th Avenue, New York, New York 10027. Fairway Community Foundation Inc., a charitable organization, owned by Fairway Group Holdings Corp., is not a debtor in these proceedings.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Store Closing Order.

"**Notice of Intent**") and a copy of the Store Closing Order.  The Debtors may conduct Store Closing Sales at such locations in accordance with the terms of the Store Closing Order three (3) days after the Notice of Intent is filed and served.

4.   The Debtors hereby provide notice that they will commence Store Closing Sales at the store location listed on **Exhibit A** attached hereto on or after May 8, 2020.  Such sales will be conducted in accordance with the Store Closing Order and the Store Closing Procedures.

Dated: May 5, 2020
     New York, New York

            /s/  Sunny Singh
           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York  10153
           Telephone:  (212) 310-8000
           Facsimile:  (212) 310-8007
           Ray C. Schrock, P.C.
           Sunny Singh

           *Attorneys for Debtors*
           *and Debtors in Possession*

WEIL:\97471957\1\44444.0009

## Exhibit A

## Closing Stores

| Debtor | Lease Counterparty | Street Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Fairway Paramus LLC | Fashion Center, LLC | #4 Fashion Center Mall, Route 17 North 30 Ridgewood Avenue | Paramus | NJ | 07652 |