# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRWAY GROUP HOLDINGS CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10161 (JLG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, depose and say that I am employed by Omni Agent Solutions, the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 6, 2020, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Notice of Agenda of Matters Scheduled for Telephonic Hearing on May 7, 2020 at 11:00 A.M. [Docket No. 469].**

Dated: May 7, 2020

Colin Linebaugh
Omni Agent Solutions
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this __7th__ day of __May__, 20__20__, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Fairway Group Holdings Corp. (2788); Fairway Group Acquisition Company (2860); Fairway Bakery LLC (4129); Fairway Broadway LLC (8591); Fairway Chelsea LLC (0288); Fairway Construction Group, LLC (2741); Fairway Douglaston LLC (2650); Fairway East 86th Street LLC (3822); Fairway eCommerce LLC (3081); Fairway Georgetowne LLC (9609); Fairway Greenwich Street LLC (6422); Fairway Group Central Services LLC (7843); Fairway Group Plainview LLC (8643); Fairway Hudson Yards LLC (9331); Fairway Kips Bay LLC (0791); FN Store LLC (9240); Fairway Paramus LLC (3338); Fairway Pelham LLC (3119); Fairway Pelham Wines & Spirits LLC (3141); Fairway Red Hook LLC (8813); Fairway Stamford LLC (0738); Fairway Stamford Wines & Spirits LLC (3021); Fairway Staten Island LLC (1732); Fairway Uptown LLC (8719); Fairway Westbury LLC (6240); and Fairway Woodland Park LLC (9544). The location of the Debtors' corporate headquarters is 2284 12th Avenue, New York, New York 10027. Fairway Community Foundation Inc., a charitable organization, owned by Fairway Group Holdings Corp., is not a debtor in these proceedings.

# **EXHIBIT A**

**EXHIBIT A**
**Master Service List**
**Served as set forth below**

| Description | Name | Address | FAX | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Counsel for Benihana New York Concession Corp. | Akerman LLP | Attn: John P. Campo<br>666 Fifth Ave, 20th Fl<br>New York, NY 10103 | | john.campo@akerman.com | Email |
| *NOA - Counsel for 400 Walnut Ave, LLC. | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio<br>Attn: Joshua S. Bauchner<br>365 Rifle Camp Rd<br>Woodland Park, NJ 07424 | | ajd@ansellgrimm.com<br>jb@ansellgrimm.com | Email |
| *NOA - Counsel for Cream-O-Land Dairy, LLC | Archer & Greiner, PC | Attn: Stephen M Packman<br>Attn: Jorge Garcia<br>Three Logan Square<br>1717 Arch St, Ste 3500<br>Philadelphia, PA 19103 | 215-963-9999 | spackman@archerlaw.com<br>jgarcia@archerlaw.com | Email |
| *NOA - Counsel for Cream-O-Land Dairy, LLC | Archer & Greiner, PC | Attn: Harrison Breakstone<br>630 3rd Ave<br>New York, NY 10017 | | hbreakstone@archerlaw.com | Email |
| *NOA - Attorney for Local 1500 Pension Fund | Archer, Byington Glennon & Levine LLP | Attn: John H. Byington III<br>Attn: Matthew Hromadka<br>One Huntington Quadrangle, Ste 4C10<br>P.O. Box 9064<br>Melville, NY 11747 | 631-777-6906 | jbyington@abgllaw.com<br>mhromadka@abgllaw.com | Email |
| *NOA - Counsel for US Food and Commercial Workers Local 1500 Pension Fund | Archer, Byington Glennon & Levine LLP | Attn: James W Versocki<br>1 Huntington Quad, Ste 4C10<br>P.O. Box 9064<br>Melville, NY 11747 | 631-777-6906 | jversocki@abgllaw.com | Email |
| *NOA - Counsel for Federal Realty Investment Trust | Ballard Spahr LLP | Attn: Leslie Heilman<br>Attn: Laurel Roglen<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801 | 302-252-4466 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com | Email |
| *NOA - Counsel for United Natural Foods, Inc | Birch Horton Bittner & Cherot, PC | Attn: George R Pitts<br>1100 Connecticut Ave NW, Ste 825<br>Washington, DC 20036-4165 | 202-659-1027 | gpitts@dc.bhb.com | Email |
| *NOA - Attorneys for Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>55 Second St, 17th Fl<br>San Francisco, CA 94105-3493 | 415-227-0770 | schristianson@buchalter.com | Email |
| *NOA - Counsel for Local 1500 | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer<br>Attn: Marie B. Hahn<br>Attn: Melissa S. Woods<br>900 Third Ave, 21st Fl<br>New York, NY 10022-4869 | 646-473-8219 | rseltzer@cwsny.com<br>mhahn@cwsny.com<br>mwoods@cwsny.com | Email |
| *NOA - Counsel for Local 1500 | Cohen, Weiss and Simon LLP | Attn: Hanan B. Kolko<br>900 Third Avenue, 21st FL<br>New York, NY 10022-4869 | 646-473-8214 | hkolko@cwsny.com | Email |
| *NOA - Counsel for DFD Development Limited Partnership | COLE SCHOTZ P.C. | Attn: David M. Bass, Esq.<br>1325 Avenue of the Americas, 19th Floor<br>New York, New York 10019 | | dbass@coleschotz.com | Email |
| *NOA - Counsel for Kellogg Sales Company | COLE SCHOTZ P.C. | Attn: Jill B. Bienstock, Esq.<br>1325 Avenue of the Americas, 19th Floor<br>New York, New York 10019 | | jbienstock@coleschotz.com | Email |
| *NOA - Attorney for Local 1500 | Colleran O'Hara & Mills LLP | Attn: John Groarke<br>Attn: Michael Bosso<br>100 Crossways Park Dr W, Ste 200<br>Woodbury, NY 11797 | 516-742-1765 | jsg@cohmlaw.com<br>mdb@cohmlaw.com | Email |
| Counsel to Ankura Trust Company, LLC | Davis Polk & Wardwell LLP | Attn: Christian Fischer<br>450 Lexington Ave<br>New York, NY 10017 | 212-701-5800 | christian.fischer@davispolk.com | Email |
| *NOA - Counsel to the Prepetition Agent and DIP Agent | Davis Polk & Wardwell, LLP | Attn: Eli Vonnegut<br>Attn: Michael Pera<br>450 Lexington Ave<br>New York, NY 10017 | 212-701-5800 | fairway.service@davispolk.com | Email |
| *NOA - Creditor | District Tax Attorney | Attn: Jeffrey K. Cymbler<br>15 MetroTech Ctr<br>Brooklyn, NY 11201 | | Jeffrey.Cymbler@tax.ny.gov | Email |
| *NOA - Counsel for DHH Company, LLC | Eiseman Levine Lehrhaupt & Kakoyiannis, PC | Attn: Laurence May<br>Attn: Peter Reisner<br>805 3rd Ave<br>New York, NY 10022 | | lmay@eisemanlevine.com<br>preiser@eisemanlevine.com | Email |
| *NOA - Counsel for First International Health Foods Ltd. | Elizabeth A. Haas, Esq., PLLC | Attn: Elizabeth A. Haas<br>254 S Main St, Ste 302<br>New York, NY 10956 | | info@thehaaslawfirm.com | Email |
| *NOA - Counsel for Ventura in Manhattan, Inc. | Fox Rothschild, LLP | Attn: Mark E. Hall<br>Attn: Michael Herz<br>49 Market St<br>Morristown, NJ 07960 | 973-992-9125 | mhall@foxrothschild.com<br>mherz@foxrothschild.com | Email |
| *NOA - Counsel to Rainforest Distribution Corporation | Fox Rothschild, LLP | Attn: James C. Clark<br>Stone Manor Corporate Center<br>2700 Kelly Road, Suite 300<br>Warrington, PA 18976 | 215-345-75-7 | jclark@foxrothschild.com | Email |
| *NOA - Counsel to Rainforest Distribution Corporation | Fox Rothschild, LLP | Attn: John R. Gotaskie, Jr.<br>BNY Mellon Center<br>500 Grant Street, Suite 2500<br>Pittsburgh, PA 15219 | 412-391-6984 | jgotaskie@foxrothschild.com | Email |
| *NOA - Counsel for Regal Trading Inc. | Gibbons P.C. | Attn: Mark B. Conlan<br>One Gateway Center<br>Newark, NJ 07102-5310 | 973-596-0545 | mconlan@gibbonslaw.com | Email |

**EXHIBIT A**
**Master Service List**
**Served as set forth below**

| Description | Name | Address | FAX | Email | Method of Service |
|---|---|---|---|---|---|
| Internal Revenue Service | Internal Revenue Service | (Overnight Mail Service) Centralized Insolvency Operation 2970 Market St. Mail Stop 5-Q30-133 Philadelphia, PA 19101-7346<br><br>(U.S. Mail Service) P.O. Box 7346 Philadelphia, PA 19101-7346 | | | N/A |
| *Counsel to the Ad Hoc Group and DIP Lenders | King & Spalding LLP | Attn: W. Austin Jowers 1180 Peachtree Street NE Atlanta, GA 30309 | 404-572-5100 | ajowers@kslaw.com | Email |
| *NOA - Counsel to the Ad Hoc Group and DIP Lenders | King & Spalding LLP | Attn: Michael R. Handler Attn: Michael C. Rupe 1185 Avenue of the Americas New York, NY 10036 | 212-556-2222 | mhandler@kslaw.com mrupe@kslaw.com | Email |
| *NOA - Counsel for C&S Wholesale Grocers, Inc. | Klehr Harrison Harvey Branzburg LLP | Attn: Raymond H. Lemisch Attn: Richard M. Beck Attn: Sally E. Veghte 1835 Market St, Ste 1400 Philadelphia, PA 19103 | 215-568-6603 | rlemisch@klehr.com rbeck@klehr.com sveghte@klehr.com | Email |
| *NOA - Counsel for Mattone Group Raceway LLC, JMM Raceway LLC, and Gart Roosevelt Associates LLC | Lowenstein Sandler LLP | Attn: Robert M. Hirsh Attn: Phillip Khezri 1251 Avenue of the Americas New York, NY 10020 | 212-262-7402 | rhirsh@lowenstein.com pkhezri@lowenstein.com | Email |
| *NOA - Counsel for Setton International Foods, Inc | Meyer, Suozzi, English & Klein, PC | Attn: Edward J LoBello 1350 Broadway, Ste 1420 P.O. Box 822 New York, NY 10018-0026 | | elobello@msek.com | Email |
| Office of the U.S. Trustee | Office of the United States Trustee | Attn: Greg M. Zipes U.S. Federal Office Building 2001 Varick Street, Suite 1006 New York, NY 10004 | 212-668-2361 | greg.zipes@usdoj.gov paul.schwartzberg@usdoj.gov | Email |
| *NOA - Counsel for Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford Sandler Attn: Robert Feinstein Attn: Scott Hazan Attn: Colin Robinson 780 3rd Ave, 34th Fl New York, NY 10017 | 212-561-7777 | bsandler@pszjlaw.com rfeinstein@pszjlaw.com shazan@pszjlaw.com crobinson@pszjlaw.com | Email |
| *NOA - Counsel for Rose Associates, Inc | Pryor Cashman LLP | Attn: Seth H. Lieberman Attn: Matthew W. Silverman 7 Times Square New York, New York 10036-6569 | | slieberman@pryorcashman.com msilverman@pryorcashman.com | Email |
| *NOA - Counsel for Red Hook Stores, LLC, Kings Harbor View Assoc LP, and Red Hook Green Power LLC | Rosenberg, Musso & Weiner, LLP | Attn: Bruce Weiner 26 Court St, Ste 2211 Brooklyn, NY 11242 | 718-625-1966 | bweiner@nybankruptcy.net | Email |
| NOA - Counsel of Scarini & Hollenbeck, LLC. | Scarini & Hollenbeck, LLC | Attn: Joel R. Glucksman 1100 Valley Brook Ave P.O. Box 790 Lyndhurst, NJ 07071-0790 | | jglucksman@sh-law.com | Email |