John P. Campo
AKERMAN LLP
520 Madison Avenue, 20th Floor
New York, New York 10022
Tel.: (212) 880-3800
Fax: (212) 880-8695

*Former Counsel for Benihana New York Concession Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x
**In re:**                                                  :    Chapter 11
                                                            :
**FAIRWAY GROUP HOLDINGS CORP.,** *et al.*,                 :    Case No. 20-10161 (JLG)
                                                            :
            **Debtors.**[1]                                  :    (Jointly Administered)
                                                            :
----------------------------------------------------------- X

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## JOHN P. CAMPO AND REQUEST TO BE REMOVED
## FROM THE SERVICE LIST, MATRIX AND ECF NOTICE

**TO: ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that John P. Campo of Akerman LLP hereby withdraws his Notice of Appearance [Doc. No. 114] as counsel for Benihana New York Concession Corp. in the above-captioned case and requests to be removed from the Service List, Matrix, and ECF-Notice in this bankruptcy case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Fairway Group Holdings Corp. (2788); Fairway Group Acquisition Company (2860); Fairway Bakery LLC (4129); Fairway Broadway LLC (8591); Fairway Chelsea LLC (0288); Fairway Construction Group, LLC (2741); Fairway Douglaston LLC (2650); Fairway East 86th Street LLC (3822); Fairway eCommerce LLC (3081); Fairway Georgetowne LLC (9609); Fairway Greenwich Street LLC (6422); Fairway Group Central Services LLC (7843); Fairway Group Plainview LLC (8643); Fairway Hudson Yards LLC (9331); Fairway Kips Bay LLC (0791); FN Store LLC (9240); Fairway Paramus LLC (3338); Fairway Pelham LLC (3119); Fairway Pelham Wines & Spirits LLC (3141); Fairway Red Hook LLC (8813); Fairway Stamford LLC (0738); Fairway Stamford Wines & Spirits LLC (3021); Fairway Staten Island LLC (1732); Fairway Uptown LLC (8719); Fairway Westbury LLC (6240); and Fairway Woodland Park LLC (9544). The location of the Debtors' corporate headquarters is 2284 12th Avenue, New York, New York 10027. Fairway Community Foundation Inc., a charitable organization, owned by Fairway Group Holdings Corp., is not a debtor in these proceedings.

53765838;1

Dated: New York, New York
August 7, 2020

**AKERMAN LLP**

By: */s/ John P. Campo*
John P. Campo
520 Madison Avenue, 20th Floor
New York, New York 10022
Tel. No.: (212) 880-3800
E-Mail: john.campo@akerman.com

*Former Counsel for Benihana New York Concession Corp.*

53765838;1